UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 12/10/2007          CASE NUMBER:  07-10798M-SD-001

USA vs. Julio Cesar Jimenez-Alvarez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

CLOSED

A.U.S. Attorney _____  INTERPRETER_____
                                                  LANGUAGE_____
Attorney for Defendant _
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken      ☐ Initial Appearance       ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)               ☐ Defendant Sworn          ☐ Financial Afdvt sealed
                             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                               in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Defendant never made a court appearance due to medical reasons. The Government moves for dismissal of the complaint. Court grants motion and dismisses case without prejudice. Case is closed.


                                          Recorded by Courtsmart (1 min)
                                          BY: Angela J. Tuohy
                                          Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Julio Cesar JIMENEZ-Alvarez
Citizen of Mexico
YOB: 1980
A88 361 591
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-107984-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 27, 2007, near Andrade, California in the Southern District of California, Defendant Julio Cesar JIMENEZ-Alvarez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 28, 2007                at                     Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Julio Cesar JIMENEZ-Alvarez

Dependents: 2 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended on two (2) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:** None Found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on November 27, 2007.

Charges: 8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 28, 2007
Date

_____
Signature of Judicial Officer